IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANTHONY CHRISTOPHER, | § | |
| | § | |
| Defendant Below, | § | No. 52, 2015 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below:  Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for New Castle County |
| | § | Cr. ID No. 0108008782 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  March 16, 2015
Decided:     April 13, 2015

Before **STRINE**, Chief Justice;  **HOLLAND**, and **VAUGHN**, Justices.

## **O R D E R**

This 13th day of April 2015, after careful consideration of the appellant's opening brief, the appellee's motion to affirm, and the record below, we find it manifest that the judgment below should be affirmed on the basis of the Superior Court's order, dated January 14, 2015, adopting the report and recommendations of the Commissioner.  The Superior Court did not err in concluding that the appellant's second motion for postconviction relief was procedurally barred by Superior Court Criminal Rule 61 and that the appellant had failed to overcome the procedural hurdles.

NOW, THEREFORE, IT IS ORDERED that motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice